FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
OCT 0 2 2024
BY JM
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:24-cr-00176 |
| ) | |
| v. ) | |
| ) | 18 U.S.C. § 2 |
| [1] ROBERT BAILEY, Jr. ) | 18 U.S.C. § 2113(b) |
| ) | |
| [2] DEMOND JOHNSON, Jr. ) | |
| ) | |
| [3] RYAN SMITH, Jr. ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about November 14, 2023, in the Middle District of Tennessee, the defendants, **[1] ROBERT BAILEY, Jr.**, **[2] DEMOND JOHNSON, Jr.**, and **[3] RYAN SMITH, Jr.**, aided and abetted by one another, did unlawfully take and carry away with intent to steal and purloin approximately $52,500 in United States currency belonging to, and in the care, custody, control, management, and possession of, Truist Bank, 2020 Old Fort Parkway, Murfreesboro, Tennessee, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(b) and 2.

A TRUE BILL



FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

JOSEPH P. MONTMINY
ASSISTANT UNITED STATES ATTORNEY